IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         Case No.: 20-cv-858-wmc

$2,864.22 IN U.S. CURRENCY,

    Defendant.

ORDER OF DEFAULT JUDGMENT

The United States of America, by its attorney, Scott C. Blader, United States Attorney for the Western District of Wisconsin, by Heidi L. Luehring, Assistant United States Attorney, the government filed a Verified Complaint of Forfeiture *in rem* against the defendant $2,864.22 in U.S. currency.

1. The complaint alleges that the defendant currency was furnished or intended to be furnished in exchange for a controlled substance, was proceeds traceable to such an exchange, or was money used or intended to be used to facilitate a violation of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801 *et seq.* As such, these funds are subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6). ECF. NO. 1.

Notice of this action was accomplished by direct notice to Darrin Demrow and the defendant currency.

Notice of the forfeiture complaint was published on the official internet government forfeiture site www.forfeiture.gov September 18, 2020, through October 17, 2020. ECF Nos. 8 and 8-1.

No claim, answer, or other responsive pleadings have been filed pursuant to Rule G (4) and (5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The United States of America has made application to this Court for a final default judgment to be entered,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1. The Default Judgment of Forfeiture is hereby entered whereby all right, title, and interest in the defendant $2,864.22 in U.S. currency, is conveyed to the Plaintiff, United States of America.

2. The defendant currency is to be disposed of according to law.

DATED: *November 30, 2020*

BY THE COURT:

_____
WILLIAM M. CONLEY
United States District Judge

Entered this *1st* day of ~~November~~ *December* 2020.

_____
PETER OPPENEER, Clerk of Court
United States District Court

2